**Order entered October 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01080-CV

**JOSEPH E. RICHER JR. AND SHARLA RICHER, Appellants**

**V.**

**NATIONSTAR MORTGAGE LLC., SERVICER FOR BANK OF AMERICA, NA,**
**Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92411-CC2**

## ORDER

The clerk's record has been filed. Before the Court is appellants' letter that the Court construes as a motion for more time to pay this Court's filing fee and the fee for preparation of the reporter's record. We **GRANT** the motion as follows: We **ORDER** appellants, **WITHIN THIRTY DAYS** of the date of this order, (1) to pay the filing fee and (2) provide written verification that they have paid the fee for preparation of the reporter's record. We caution appellants that if the Court does not receive the requested written verification, the Court will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    ADA BROWN
JUSTICE